testimony and *Rosario* material that had been handed over immediately before commencement of jury selection, particularly in light of the fact that defense counsel required an interpreter to review the material because defendant spoke only Spanish. Nevertheless, because the evidence of defendant's guilt is overwhelming and there is no significant probability that the error might have contributed to defendant's conviction, we conclude that the error is harmless (*see, People v Crimmins,* 36 NY2d 230, 242). We further conclude that defendant was not deprived of a fair trial because of cumulative errors (*see, People v Crimmins, supra,* at 238).

Finally, we reject the contention of defendant that his sentence is unduly harsh or severe. (Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Possession Controlled Substance, 1st Degree.) Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.

■ Mary C. Ament et al., Respondents, v Church of the Annunciation of Elma, Appellant. [668 NYS2d 140] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied defendant's motion for a change of venue pursuant to CPLR 510 (3). Defendant failed to "indicate in some detail" the testimony that the witnesses expected to be called would give and offered only vague assertions concerning the court calendars in the counties involved (*Rodriguez v St. Paul's Catholic Church,* 162 AD2d 1017; *see, Abbadonza v Brown,* 186 AD2d 1011; *Schapiro & Reich v Fuchsberg,* 172 AD2d 1080). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.—Venue.) Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.

■ Christopher E. Babcock, Appellant, v County of Oswego, Respondent, et al., Defendants. (Appeal No. 1.) [668 NYS2d 140] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Summary Judgment.) Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.

■ Christopher E. Babcock, Appellant, v County of Oswego et al., Defendants, and City of Oswego et al., Respondents. (Appeal No. 2.) [668 NYS2d 140] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Summary Judgment.) Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.

■ Dorothy J. Wright, Respondent, v Raymond J. Wright, Appellant. [668 NYS2d 139] —Order unanimously modified on the